■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DELGADO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered August 21, 1985, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing concurrent sentences of 25 years to life and 7½ to 15 years, respectively.

Ordered that the judgment is modified, on the law, by reducing the sentence on the conviction of criminal possession of a weapon to 5 to 15 years. As so modified, the judgment is affirmed.

Viewing the evidence in the light most favorable to the defendant, the court properly refused to charge extreme emotional disturbance *(see, People v Walker,* 64 NY2d 741). The defendant failed to present sufficient evidence that he in fact acted under the influence of extreme emotional disturbance and that there was a reasonable explanation for the emotional disturbance *(cf., People v Moye,* 66 NY2d 887).

Concededly, the sentence on the criminal possession of a weapon count must be reduced from 7½ to 15 years' imprisonment to 5 to 15 years' imprisonment because the minimum term of this sentence cannot exceed one third of the maximum term *(see,* Penal Law § 70.02 [1] [b]; [3] [b]; [4]; § 265.03). The sentence imposed is, however, not otherwise excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Thompson, J. P., Brown, Spatt and Sullivan, JJ., concur.